JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE FRANK BARRON, | ) | No. EDCV 15-1113 PA (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| MC BITTER, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied without prejudice.

DATED: November 20, 2015

_____
PERCY ANDERSON
United States District Judge