UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FRANK BARRON,<br><br>    Petitioner,<br><br>    v.<br><br>MC BITTER, Warden,<br><br>    Respondent. | No. CV 15-1113-PA (FFM)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: March 12, 2019

                                                  PERCY ANDERSON<br>                                         United States District Judge